# Exhibit A

(Immediately Follows This Page)

| Cort & Medas Associates, LLC | | | | | |
|---|---|---|---|---|---|
| Weekly Budget | | | | | |
|  |  | Weeks | | | Monthly |
|  | 1 | 2 | 3 | 4 |  |
| **Revenue** | | | | | |
| Rent Income | 7,108 | 7,108 | 7,108 | 7,108 | 30,801 |
| Other Income - Parking Lot | 2,000 | 2,000 | 2,000 | 2,000 | 8,667 |
|  | | | | | |
| **Total Revenue:** | **9,108** | **9,108** | **9,108** | **9,108** | **39,468** |
|  | | | | | |
| **Expenses** | | | | | |
| Automobile Expenses | 252 | 252 | 252 | 252 | 1,092 |
| Mortgage Expenses-Bank | 3,231 | 3,231 | 3,231 | 3,231 | 14,001 |
| Mortgage Expenses-SBA | 1,750 | 1,750 | 1,750 | 1,750 | 7,583 |
| Finance Charges | 180 | 180 | 180 | 180 | 780 |
| Tax Expenses | 1,500 | 1,500 | 1,500 | 1,500 | 6,500 |
| Insurance Expense | 146 | 146 | 146 | 146 | 633 |
| Interest Expense | 400 | 400 | 400 | 400 | 1,733 |
| Maintenance & Cleaning Expense | 500 | 500 | 500 | 500 | 2,167 |
| Utilities & Telephone Expense | 400 | 400 | 400 | 400 | 1,733 |
|  | | | | | |
| **Total Expenses:** | **8,359** | **8,359** | **8,359** | **8,359** | **36,222** |
|  | | | | | |
| **Net Income (Loss)** | **749** | **749** | **749** | **749** | **3,246** |