RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for 1414 Utica Avenue Lender LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :  Chapter 11
                                                    :
CORT & MEDAS ASSOCIATES, LLC,                       :  Case No.:  19-41313 (CEC)
                                                    :
                Debtor.                             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEAL**

Pursuant to Rule 8003(a) of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 158(a), 1414 Utica Avenue Lender LLC, by and through its counsel Rubin LLC, hereby submits this appeal to the United States District Court for the Eastern District of New York from the Bankruptcy Court's *Order With Respect to the Claims of 1414 Utica Avenue Lender LLC and Empire State Certified Development Corporation* (the "Order") [ECF No. 146], entered in the above-captioned bankruptcy case on the 10th day of August, 2020.  A copy of the Order is annexed hereto as Exhibit A.  The E.D.N.Y. Civil Cover Sheet is annexed hereto as Exhibit B.

The names of all the parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

**APPELLANT**

       1414 Utica Avenue Lender LLC
       *Represented by*:
       Rubin LLC
       345 Seventh Avenue, 21st Floor
       New York, NY 10001
       Tel: (212) 390-8054
       Attn:   Paul A. Rubin

**APPELLEE**

       Empire State Certified Development Corporation
       *Represented by*:
       Lemery Greisler LLC
       50 Beaver Street, 2nd Floor
       Albany, NY 12207
       Tel: (518) 433-8800
       Attn:   Paul A. Levine
              Meghan M. Breen

Dated: New York, New York
       August 24, 2020

                RUBIN LLC

                By:   */s/ Paul A. Rubin*
                     Paul A. Rubin

                345 Seventh Avenue, 21st Floor
                New York, New York 10001
                Tel: 212.390.8054
                Fax: 212.390.8064
                prubin@rubinlawllc.com

                *Counsel for 1414 Utica Avenue Lender LLC*

# EXHIBIT A
# (ORDER)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                      Chapter 11

CORT & MEDAS ASSOCIATES, LLC,                               Case No.: 19-41313 (CEC)

                        Debtor.
-----------------------------------------------------------X

## ORDER WITH RESPECT TO THE CLAIMS OF 1414 UTICA AVENUE LENDER LLC AND EMPIRE STATE CERTIFIED DEVELOPMENT CORPORATION

Upon the application of 1414 Utica Avenue Lender LLC ("1414 Lender"), dated May 12, 2020, seeking the entry of an Order (i) pursuant to 11 U.S.C. §§ 101(5), 105(a), 501(a) 502(a) and Federal Rules of Bankruptcy Procedure 3001, 3007, 3012 (a) declaring that 1414 Lender is the holder of Claim No. 7-1 ("1414 Lender's Claim") pursuant to, inter alia, that first lien mortgage encumbering the real property of the Debtor commonly known as 1414 Utica Avenue, Brooklyn, New York (the "Property"), (b) which is entitled to payment prior in time to any claim (or lien) of mortgagee, Empire State Certified Development Corporation ("ESCDC"), and to the extent that this Court determines that ESCDC should otherwise be entitled to payment on account of the proof of claim filed by ESCDC (Claim No. 6-1) ("ESCDC's Claim") prior in time to that of 1414 Lender, alternatively, (c) determining that the amount of the ESCDC Claim to be entitled priority as of March 31, 2020 was not more than $154,995.00, and (ii) granting 1414 Lender such further and different relief as the Court may deem just and proper [ECF Doc#111 & 112] (the "Motion"); and ESCDC having filed a response to the Motion on June 17, 2020 [ECF Doc#116] (the "ESCDC Response"); and 1414 Lender having filed a reply to the ESCDC Response on June 24, 2020 [ECF Doc#121]; and upon all the pleadings and proceedings had in this case; and upon the record of the hearing held on June 24, 2020 with regard to the Motion; and after due deliberation and sufficient cause appearing therefor; and for the reasons set forth on the record at the hearing, which are hereby incorporated by reference as the Court's findings of fact and conclusions of law;

IT IS HEREBY:

ORDERED, that the Motion be, and is hereby DENIED to the extent set forth herein; and it is further

ORDERED, that 1414 Lender's Claim is senior to ESCDC's Claim with respect to principal and non-default rate interest; and it is further

ORDERED, that 1414 Lender remains bound by the terms and conditions of the Third Party Lender Agreement, dated December 29, 2009 (the "Intercreditor Agreement"), and is therefore subordinated to the ESCDC as set forth in the Intercreditor Agreement; and it is further

ORDERED, that pursuant to the terms of the Intercreditor Agreement, that portion of 1414 Lender's Claim relating to Default Charges, as defined in the Intercreditor Agreement including "escalated interest after default due under the Third Party Loan," in the amount of $569,204.10 as set forth in Exhibit Z to 1414 Lender's Motion [ECF Doc # 111-33], is subordinated to ESCDC's Claim; and it is further

ORDERED, this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: Brooklyn, New York
August 10, 2020

_____
Carla E. Craig
United States Bankruptcy Judge

# EXHIBIT B
## (CIVIL COVER SHEET)

JS 44C/EDNY (Rev.3/9/2018)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| 1414 Utica Avenue Lender LLC | Empire State Certified Development Corporation |
| **(b)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Rubin LLC (Attn: Paul Rubin)<br>345 Seventh Avenue, 21st Floor, New York, NY 10001<br>Tel: 212-390-8054 | Attorneys *(If Known)*<br>Lemery Greisler LLC (Attn: Paul A. Levine & Meghan M. Breen)<br>50 Beaver Street, 2nd Floor, Albany, NY 12866 Tel: 518-433-8800 |

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITING A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTION STATUTES UNLESS DIVERSITY)

11 U.S.C. § 502

### V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

### VI. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [x] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |

### VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE  August 24, 2020

SIGNATURE OF ATTORNEY OF RECORD  *Paul Rubin/HH*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

1414 Utica Avenue Lender LLC
Rubin LLC (Attn: Paul Rubin)
345 Seventh Avenue, 21st Floor
New York, NY 10001

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Empire State Certified Development Corporation
Attn: Paul A. Levine and Meghan M. Breen
50 Beaver Street, 2nd Floor
Albany, NY 12207

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE
RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a)
provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or
because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to
the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the
civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the
power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending
before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.)    Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?
☐ Yes    ☐ No

2.)    If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk
County?    ☐ Yes    ☐ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?
☐ Yes    ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:
_____ .

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau
or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in
Nassau or Suffolk County?    ☐ Yes    ☐ No
(*Note: A corporation shall be considered a resident of the County in which it has the most significant contacts*).

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☑ Yes    ☐ No

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

☐ Yes  (*If yes, please explain*)    ☑ No

_____

I certify the accuracy of all information provided above.
Signature: _Paul Rubin / HH_ _____