| Information to identify the case: | | |
|---|---|---|
| Debtor **Cort & Medas Associates, LLC**<br>Name | | EIN **14–2008329** |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **1–19–41313–cec** | | Date case filed for chapter **11  3/6/19** |

# TRANSMITTAL OF NOTICE OF APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on August 24, 2020 by Paul A Rubin on behalf of 1414 Utica Avenue Lender LLC, appealing Order Denying Motion To Authorize/Direct Application for entry of an Order, document number 146.

Pursuant to Bankruptcy Rule 8003(d)(1), the following documents are being transmitted:

[157] Notice of Appeal, including Civil Cover Sheet and Service List
[146] Order Denying Motion
[161] Notice to Parties

Dated: August 26, 2020

Robert A. Gavin, Jr., Clerk of Court

By: s/ Julian M. Febus

_____
Deputy Clerk

**BLtroap.jsp** [Transmittal of Notice of Appeal 04/17/17]