# Julian Febus

**From:** NYEB_Appeals
**Sent:** Wednesday, August 26, 2020 2:46 PM
**To:** NYEBmp_CaseAdminisBK; Christine Moffett; Maria Mendieta
**Subject:** FW: Activity in Case 1:20-cv-03971-BMC 1414 Utica Avenue Lender LLC v. Empire State Certified Development Corporation Notice of Docketing of Bankruptcy Appeal

**From:** ecf_bounces@nyed.uscourts.gov
**Sent:** Wednesday, August 26, 2020 2:45:13 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:20-cv-03971-BMC 1414 Utica Avenue Lender LLC v. Empire State Certified Development Corporation Notice of Docketing of Bankruptcy Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/26/2020 at 2:45 PM EDT and filed on 8/26/2020
**Case Name:**     1414 Utica Avenue Lender LLC v. Empire State Certified Development Corporation
**Case Number:**     1:20-cv-03971-BMC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Notice that appeal from the Bankruptcy Court has been docketed. Parties shall file with the Bankruptcy Clerk their designations of items to be included in the record and statement of issues to be presented pursuant to Federal Rule of Bankruptcy Procedure 8009. (Bowens, Priscilla)**

**1:20-cv-03971-BMC Notice has been electronically mailed to:**

Paul Rubin     prubin@rubinlawllc.com, prubinesq@gmail.com

Paul A. Levine     plevine@lemerygreisler.com

Meghan M. Breen     mbreen@lemerygreisler.com, rlegg@lemerygreisler.com

**1:20-cv-03971-BMC Notice will not be electronically mailed to:**