UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re:                                              :      Chapter 11
                                                    :
CORT & MEDAS ASSOCIATES, LLC,    :      Case No.:  19-41313 (CEC)
                                                    :
              Debtor.                          :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**APPELLANT 1414 UTICA AVENUE LENDER
LLC'S STATEMENT OF ISSUES TO BE PRESENTED AND
<u>DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>**

Appellant 1414 Utica Avenue Lender LLC ("<u>Appellant</u>"), by and through its undersigned

counsel, hereby respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy

Procedure and Rule 8009-1 of the Local Bankruptcy Rules for the Eastern District of New York,

this statement of issues to be presented and designation of items to be included in the record on

appeal with respect to its appeal of this Court's *Order with Respect to the Claims of 1414 Utica*

*Avenue Lender LLC and Empire State Certified Development Corporation* (the "<u>Appealed Order</u>")

[ECF No. 146] before the United States District Court for the Eastern District of New York (the

"<u>District Court</u>") at Case No. 1-20-03971-BMC.

<u>STATEMENT OF ISSUES ON APPEAL</u>

1.      Whether the Bankruptcy Court erred in ruling that, notwithstanding entry of a final,

non-appealable judgment of foreclosure and sale (the "<u>Foreclosure Judgment</u>") obtained by

Appellant in a New York state court foreclosure action, the portion of 1414 Lender's secured claim

relating to default charges is subordinated to the claim of appellee Empire State Certified

Development Corporation ("<u>Appellee</u>") in the bankruptcy case of Cort & Medas Associates LLC

(the "<u>Debtor</u>").

2.      Whether the Bankruptcy Court overlooked language contained in the Foreclosure Judgment that precludes Appellee from relitigating in the Bankruptcy Court the priority of its mortgage lien against the Debtor's real property.

3.      Whether the Bankruptcy Court erred in holding that the Foreclosure Judgment did not preclude Appellee from asserting that Appellee's lien was senior to Appellant's lien to the extent of Appellant's claim for default charges pursuant to the *Rooker-Feldman* doctrine.

4.      Whether the Bankruptcy Court erred in holding that the Foreclosure Judgment did not preclude Appellee from asserting that Appellee's lien was senior to Appellant's lien to the extent of Appellant's claim for default charges by failing to consider and/or properly apply the doctrine of *res judicata*.

5.      Did the Bankruptcy Court err by entering the Appealed Order?

## <u>DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL</u>

Appellant designates the following items for inclusion in the record on appeal.  Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items.

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 1 | 03/06/2019 | Chapter 11 Voluntary Petition for Non-Individuals |
| 3 | 03/07/2019 | Affidavit Re: Local Rule Rule 1007-2 Declaration |
| 13 | 03/18/2019 | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule A/B, Schedule C, Schedule D, Schedule E/F, Schedule G, Schedule H |
| 14 | 03/18/2019 | Summary of Assets and Liabilities for Non-Individuals (Form 206Sum) for Non-Individuals |

| 15 | 03/18/2019 | Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) |
|---|---|---|
| 16 | 03/18/2019 | Chapter 11 or Chapter 9 Cases Non-Individual: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders |
| 17 | 03/18/2019 | Statement of Financial Affairs for Non-Individuals (Form 207) |
| 18 | 03/18/2019 | Affidavit Re: List of Equity Holders |
| 19 | 03/18/2019 | Statement of Compensation Pursuant to Rule 2030 |
| 29 | 04/15/2019 | Order Setting Last Day To File Proofs of Claim |
| 37 | 06/03/2019 | Chapter 11 Plan dated June 3, 2019 |
| 38 | 06/03/2019 | Disclosure Statement |
| 45 | 07/26/2019 | Interim Stipulation and Order by and between Attorneys for 1414 Utica Street Lender, LLC and Attorneys for Cort & Medas Associates, LLC Pursuant to 11 U.S.C. §§ 361 & 363 and Fed. R. Bankr. P. 4001 Providing for the Debtor's Use of Cash Collateral and Other Relief |
| 46 | 08/04/2019 | Transcript & Notice regarding the hearing held on 05/29/19 |
| 48 | 08/12/2019 | Motion For Approval of Disclosure Statement |
| 50 | 09/11/2019 | Objection to Debtor's Motion For Approval of Disclosure Statement and Related Relief |
| 70 | 12/03/2019 | First Amended Chapter 11 Plan |
| 71 | 12/03/2019 | First Amended Disclosure Statement |
| 84 | 12/19/2019 | Scheduling Order |
| 85 | 12/20/2019 | Response /Supplemental Brief |
| 90 | 01/03/2020 | First Amended Chapter 11 Plan |

| 91 | 01/03/2020 | First Amended Disclosure Statement , As Modified |
|---|---|---|
| 92 | 01/08/2020 | Response Brief Regarding Priority of Default Rate Interest |
| 99 | 02/28/2020 | Transcript & Notice regarding the hearing held on 02/19/20 |
| 111 | 05/12/2020 | Motion to Authorize/Direct Application for entry of an Order Determining the Priority, Nature and Amount of its Claim and Priority, Nature and Amount/Objection to the Claim of Subordinate Mortgagee, Empire State Certified Development Corp. |
| 112 | 05/12/2020 | Memorandum of Law in Support |
| 116 | 06/17/2020 | Response Brief to Application of 1414 Utica Avenue Lender LLC to Determine Priority, Nature and Amount of Claims |
| 121 | 06/24/2020 | Reply to the Response of Empire State Development Corporation and in further support of its Motion for Entry of an Order |
| 125 | 07/02/2020 | Transcript & Notice regarding the hearing held on 06/24/20 |
| 127 | 07/08/2020 | Motion to Sell Property of the Estate Free and Clear of Liens under 11 U.S.C 363(f) Sales Procedures Motion With Respect to real properties known as and located at 1376 and 1414 Utica Avenue, Brooklyn, New York 11203 |
| 128 | 07/08/2020 | Motion to Authorize/Direct Motion For Approval of Disclosure Statement |
| 129 | 07/08/2020 | Second Amended Chapter 11 Plan |
| 130 | 07/08/2020 | Second Amended Disclosure Statement |
| 132 | 07/16/2020 | Second Amended Disclosure Statement, As Modified |
| 136 | 07/29/2020 | Transcript & Notice regarding the hearing held on 06/24/2020 |
| 137 | 07/29/2020 | Omnibus Objection |
| 139 | 07/30/2020 | Response Reservation of Rights with Respect to Sale Motion |

| 142 | 08/04/2020 | Response to 1414 Lender's Omnibus Objection |
|---|---|---|
| 146 | 08/10/2020 | Order Denying Motion To Authorize/Direct Application for entry of an Order Determining the Priority, Nature and Amount of its Claim and Priority, Nature and Amount/Objection to the Claim of Subordinate Mortgagee, Empire State Certified Development Corp. |
| 147 | 08/10/2020 | Amended Scheduling Order |
| 148 | 08/13/2020 | Second Amended Chapter 11 Plan, As Modified |
| 153 | 08/20/2020 | Second Amended Disclosure Statement , As Modified |
| 156 | 08/21/2020 | Order Approving (I) Disclosure Statement, as modified (II) Form and Manner of Notices (III) Form of Ballots and (IV) Solicitation Materials and Solicitation Procedures and Setting Hearing on Confirmation |
| 157 | 08/24/2020 | Notice of Appeal to District Court |
| 158 | 08/25/2020 | Order Authorizing and Approving an Auction Sale for the Real Properties known as and located at 1376 and 1414 Utica Avenue, Brooklyn, New York 11203 |
| 162 | 08/26/2020 | Transmittal of Notice of Appeal to District Court |
| 163 | 08/26/2020 | Notice of Docketing Record on Appeal to District Court |

Dated: New York, New York
September 8, 2020

RUBIN LLC

By: ____/s/ Paul A. Rubin_____
        Paul A. Rubin

345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com