# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In Re Cort & Medas Associates, LLC

Debtor

Case No. 19-41313-CEC

Reporting Period: November, 2020

Federal Tax I.D. #  14-2008329

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | X | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | X | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____

Date _____
12/17/2020

Signature of Authorized Individual* _____

Date _____

Printed Name of Authorized Individual _____

Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| n re | Cort & Medas Associates, LLC | Case No. | 19-41313 (CEC) |
| --- | --- | --- | --- |
| | | Reporting Period: | November, 2020 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the three bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
| --- | --- | --- | --- | --- |
| | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| ACCOUNT NUMBER (LAST 4) | | | | |
| CASH BEGINNING OF MONTH | $    (12,582.71) | | | ($12,582.71) |
| RECEIPTS | | | | |
| CASH SALES | $    37,000.00 | | | $    37,000.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | $    - | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | $    - |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER (ATTACH LIST) | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | |
| TOTAL RECEIPTS | $    24,417.29 | | | $24,417.29 |
| DISBURSEMENTS | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | $    - |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | $    36,828.00 | | | $    36,828.00 |
| INSURANCE | | | | |
| ADMINISTRATIVE | $    - | | | |
| SELLING | | | | |
| OTHER (ATTACH LIST) | | | | |
| OWNER DRAW * | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | $    36,828.00 | | | $36,828.00 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENT | $    (12,410.71) | | | ($12,410.71) |
| CASH – END OF MONTH | $    (12,410.71) | | | ($12,410.71) |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $0.00 |
| --- | --- |

| | |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $0.00 |

| In re | Cort & Medas Associates, LLC | 19-41313 (CEC) |
|---|---|---|
| | Debtor | Reporting Period: November, 2020 |

# BANK RECONCILIATIONS

## Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Tax | Other |
|---|---|---|---|
| | # | # | # |
| **BALANCE PER BOOKS** | $          (12,410.71) | | |
| | | | |
| BANK BALANCE | $           11,396.01 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $                     - | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | $           (7,853.00) | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE \*** | $            3,543.01 | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| See Bank Rec tab for details | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| See Bank Rec tab for details | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| OTHER | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Bank Reconciliation Report**

**Activity Document Date Less than: 12/1/2020**

**Cort & Medas Associates, LLC (CTM)**

Bank Code: 7    TD Bank Checking Acct C&M Asso

**Deposits And Adjustments:**

| Date | Document Type | Source Module | Reference No | Deposit/Adjustment Comment | Cleared | Cleared Date | Debits | Credits |
|------|--------------|---------------|--------------|----------------------------|---------|--------------|--------|---------|
| 11/23/2020 | Deposit | GL | 11232020 | Bank Transfer from TRI to C&M | Yes | 12/16/2020 | 0.00 | 22,000.00 |
| 11/25/2020 | Deposit | GL | 11252020 | Bank Transfer from Tri-Borough | Yes | 12/16/2020 | 0.00 | 15,000.00 |
| | | | | | | of 2 Postings: | 0.00 | 37,000.00 |

**Checks:**

| Check Number | Check Date | Source Module | Reference No | Check Payee Name/Comment | Cleared | Cleared Date | Check Amount |
|--------------|-----------|---------------|--------------|--------------------------|---------|--------------|--------------|
| 000148 | 10/19/2020 | AP | 010000095 | ESCDC – c/o of Lemery Greisler LLC | Yes | 12/16/2020 | 7,853.00 |
| 000149 | 10/28/2020 | AP | 010000096 | U.S. Trustee Payment Center | Yes | 12/16/2020 | 975.00 |
| 000150 | 11/13/2020 | AP | 010000097 | 1414 Utica Avenue Lenders LLC | Yes | 12/16/2020 | 14,000.00 |
| 000151 | 11/13/2020 | AP | 010000095 | ESCDC – c/o of Lemery Greisler LLC | No | | 7,853.00 |
| 000152 | 11/30/2020 | AP | 010000097 | 1414 Utica Avenue Lenders LLC | Yes | 12/16/2020 | 14,000.00 |
| | | | | | | of 5 Checks: | 44,681.00 |

**Reconciliation Summary For Bank 7 Less than: 12/1/2020:**

| | |
|---|---|
| G/L Cash Account Number: | 1060000 |
| Bank Statement Balance: | 11,396.01 |
| Plus 0 Deposits In Transit Totaling: | 0.00 |
| Less 0 Adjustments Totaling: | 0.00 |
| Less 1 Outstanding Check Totaling: | 7,853.00 |
| Adjusted Bank Balance: | 3,543.01 |
| Calculated Book Balance: | 3,543.01 |
| Out Of Balance By: | 0.00 |

| n re | Cort & Medas Associates, LLC | Case No. | 19-41313 (CEC) |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | November, 2020 |

## STATEMENT OF OPERATIONS  (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|---|
| Rental Income | $ | 43,468.00 | |
| Additional Rental Income | | | |
| Common Area Maintenance Reimbursement | | | |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | $ | 43,468.00 | |
| **OPERATING EXPENSES** | | | |
| Bank Charges | $ | - | |
| Auto and Truck Expense | | | |
| Cleaning and Maintenance | | | |
| Commissions | | | |
| Officer/Insider Compensation* | | | |
| Insurance | | | |
| Management Fees/Bonuses | | | |
| Office Expense | | | |
| Mortgage Expense | $ | 31,142.60 | |
| Repairs | | | |
| Supplies | | | |
| Taxes - Real Estate | | | |
| Travel and Entertainment | | | |
| Utilities | $ | - | |
| Other *(attach schedule)* | | | |
| Total Operating Expenses Before Depreciation | $ | 31,142.60 | |
| Depreciation/Depletion/Amortization | $ | - | |
| Net Profit (Loss) Before Other Income & Expenses | $ | 12,325.40 | |
| **OTHER INCOME AND EXPENSES** | | | |
| Other Income *(attach schedule)* | | | |
| Interest Expense | | | |
| Other Expense *(attach schedule)* | | | |
| Net Profit (Loss) Before Reorganization Items | $ | 12,325.40 | |
| **REORGANIZATION ITEMS** | | | |
| Professional Fees | | | |
| U. S. Trustee Quarterly Fees | | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | |
| Gain (Loss) from Sale of Property | | | |
| Other Reorganization Expenses *(attach schedule)* | | | |
| Total Reorganization Expenses | | | |
| Income Taxes | | | |
| Net Profit (Loss) | $ | 12,325.40 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| **OTHER INCOME** | | |
| | | |
| | | |
| | | |
| **OTHER EXPENSES** | | |
| | | |
| | | |
| | | |
| **OTHER REORGANIZATION EXPENSES** | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items – Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

| n re | **Cort & Medas Associates, LLC** | Case No. | **19-41313 (CEC)** |
|------|-----------------------------------|----------|---------------------|
|      | **Debtor** | Reporting Period: | November, 2020 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition

| ASSETS | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH |
|--------|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ | 3,543.01 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | $ | 556,095.67 | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | $ | 559,638.68 | |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | $ | 2,827,522.00 | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | $ | (685,073.88) | |
| *TOTAL PROPERTY & EQUIPMENT* | $ | 2,142,448.12 | |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | $ | 2,702,086.80 | |

| *LIABILITIES AND OWNER EQUITY* | | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH |
|--------|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | $ | 2,661,781.37 | |
| Priority Debt | | | |
| Unsecured Debt | $ | 1,729,141.81 | |
| *TOTAL PRE-PETITION LIABILITIES* | | | |
| *TOTAL LIABILITIES* | $ | 4,390,923.18 | |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | $ | (1,743,134.02) | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |

| | | |
|---|---|---|
| Adjustments to Owner Equity *(attach schedule)* | $ | 54,297.64 | |
| Post-petition Contributions *(attach schedule)* | | |
| *NET OWNERS' EQUITY* | $ | (1,688,836.38) | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 2,702,086.80 | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BALANCE SHEET – continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | |
|---|---|---|
| Other Post-petition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner's Equity | | |
| | | |
| | | |
| | | |
| Post-Petition Contributions | | |
| | | |
| | | |
| | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

n re  **Cort & Medas Associates, LLC**                        Case No. 19-41313 (C
       Debtor                                      Reporting Period: November, 2

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 |
|---|---|---|---|---|---|
| Mortgage | | | | | |
| Rent | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | |
| Professional Fees | | | | | |
| Real Estate Taxes | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total Post-petition Debts** | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

| In re | **Cort & Medas Associates, LLC** | | | | | | | Case No. | |
|---|---|---|---|---|---|---|---|---|---|
| | **Debtor** | | | | | | | **Reporting Period:** | |

## RENT ROLL

A rent roll must be included for each property.  The debtor's rent roll may be substituted for this page.  Attach

**Property:** _____

**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End |
|---|---|---|---|---|---|---|---|---|---|
| Triborough Home Care, LTD | | | | | | | | 5/1/2020 | 4/30/203( |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | Totals |

19-41313 (CEC)
November, 2020

additional sheets as needed.

| Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|
| 39,468 | 473,616 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 39,468 | 473,616 | |

| n re | Cort & Medas Associates, LLC | 19-41313 (CEC) |
|------|------------------------------|----------------|
| | Debtor | Reporting Period: November, 2020 |

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation p (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|----------|--------------|-------------|-------------------|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | |
|---------------|-------------------------------------------|--------------------|-------------|--------------------|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

# POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION | |
|------------------|-------------------------------|--------------------------|----------------------------|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS | | | | |

n re   **Cort & Medas Associates, LLC**
**Debtor**

## CASH FLOW PROJECTION FOR THE PERIOD _____ September 20

A cash flow projection must be included for each property. The debtor's cash flow projection may be substit
This projection needs to be completed at the beginning of the case, every year, or when there are significant c

**Property:** _____

**Square Footage:** _____

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| Rental Income | $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 |
| Additional Rental Income | $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 |
| Common Area Maintenance Reimbursement | | | | | | |
| Total Income | $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | | | | | | |
| Auto and Truck Expense | | | | | | |
| Cleaning and Maintenance | $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 |
| Commissions | | | | | | |
| Officer/Insider Compensation* | | | | | | |
| Insurance | $ 633 | $ 633 | $ 633 | $ 633 | $ 633 | $ 633 |
| Management Fees/Bonuses | | | | | | |
| Office Expense | | | | | | |
| Other Interest | $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 |
| Repairs | | | | | | |
| Supplies | | | | | | |
| Taxes – Real Estate | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Travel and Entertainment | | | | | | |
| Utilities | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 |
| Other *(attach schedule)* | | | | | | |
| Total Expenses | $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 |
| | | | | | | |
| Debt Service | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 |
| Professional Fees | | | | | | |
| U.S. Trustee Fees | | | | | | |
| Court Costs | | | | | | |
| | | | | | | |
| Net Income | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 |
| | | | | | | |
| Tenant Improvements | | | | | | |

|  |  | Case No. | 19-41313 (CEC) |  |
|---|---|---|---|---|
|  |  | Reporting Period: | November, 2020 |  |

)20_____ THROUGH _____August 2021_____

ated for this page.  Attach additional sheets as needed.
:hanges (i.e. tenant change, rent change, etc.)

| MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 | $ 33,801 |
| $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 | $ 9,667 |
| $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 | $ 43,468 |
|  |  |  |  |  |  |
| $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 | $ 1,367 |
| $ 633 | $ 633 | $ 633 | $ 633 | $ 633 | $ 633 |
| $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 | $ 26,703 |
| $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,250 |
| $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 | $ 34,953 |
| $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 |
|  |  |  |  |  |  |
| $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 |
|  |  |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Vacancy Allowance | | | | | | |
| Net Cash Flow | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 |

| | | | | | |
|---|---|---|---|---|---|
| $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 | $ 1,015 |

| n re | Cort & Medas Associates, LLC | | Case No. | 19-41313 (CEC) |
|------|------------------------------|---|----------|----------------|
| | **Debtor** | | **Reporting Period:** | November, 2020 |

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | X |
| 10 | Are any other post petition taxes past due? | | X |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

aid

TOTAL INCURRED &
UNPAID*



**America's Most Convenient Bank®**

T   STATEMENT OF ACCOUNT

AV 01 227508 37693B675 A**5DGT

CORT AND MEDAS ASSOCIATES LLC
DIP CASE 19-41313 EDNY
1414 UTICA AVE
BROOKLYN NY 11203-6816

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2020-Nov 30 2020 |
| Cust Ref #: | ~~4~~####~~F-###~~ |
| Primary Account #: | ~~~~8954 |

իովիկիկիկիոկավիկյարդ||լիկիկիկիկիիիկիիիդկիիի||

## Chapter 11 Checking

CORT AND MEDAS ASSOCIATES LLC
DIP CASE 19-41313 EDNY

Account # ~~~~9954

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,224.01 | Average Collected Balance | 12,782.74 |
| Other Credits | 37,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 36,828.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 11,396.01 | Days in Period | 30 |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | WIRE TRANSFER INCOMING, TRI-BOROUGH HOME CARE, LTD. DBA | 22,000.00 |
| 11/25 | WIRE TRANSFER INCOMING, TRI-BOROUGH HOME CARE, LTD. DBA | 15,000.00 |
| | Subtotal: | 37,000.00 |

**Checks Paid**   No. Checks: 4     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/10 | 148 | 7,853.00 | 11/30 | 150 | 14,000.00 |
| 11/04 | 149 | 975.00 | 11/30 | 152* | 14,000.00 |
| | | | | Subtotal: | 36,828.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 11,224.01 | 11/23 | 24,396.01 |
| 11/04 | 10,249.01 | 11/25 | 39,396.01 |
| 11/10 | 2,396.01 | 11/30 | 11,396.01 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| **Ending Balance** | 11,396.01 |
| **Total Deposits** + | |
| **Sub Total** | |
| **Total Withdrawals** - | |
| **Adjusted Balance** | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Total Deposits** | | | | | | **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think it is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES. Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.