UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

In re:                                   :    Chapter 11

CORT & MEDAS ASSOCIATES, LLC,    :    Case No.:  19-41313 (JMM)

             Debtor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER SETTING THE AMOUNT OF CLAIM OF 1414 UTICA AVENUE LENDER LLC

Upon the *Motion of for entry of an order of this Court reducing the proof of claim filed by 1414 Utica Avenue Lender LLC (Claim No. 7), in the filed amount of $2,159,964.89 to $1,717,764.96 or such other amount determined by this Court* (the "Motion") [ECF No. 206]; and upon the Joinder to and Support of the Motion filed by Empire State Certified Development Corporation ("ESCDC") [ECF No. 219]; and upon the objection (the "Objection") to the Motion filed by the 1414 Utica Avenue Lender LLC ("1414 Lender") [ECF No. 220]; and upon the Reply to Objection of 1414 Lender to the Motion filed by the Debtor [ECF No. 227]; and due and sufficient notice of the Motion having been given under the particular circumstances; and upon the record of the hearing on the Motion held on December 22, 2020 (the "Hearing"); and after due deliberation and sufficient cause appearing therefor, and for the reasons set forth on the record at the Hearing; it is hereby

**ORDERED**, that 1414 Lender's allowed claim, as of March 5, 2019 (the date of the commencement of this Chapter 11 case), was $2,147,650.40 (comprising principal and accrued interest in the amount of $2,086,539.01, legal fees in the amount of $35,522.95, and protective advances in the amount of $25,588.44); and it is further

1

**ORDERED**, that this Order fixes 1414 Lender's allowed claim as of the Petition Date and is entered without prejudice to any potential future modification of 1414 Lender's claim by further order of this Court.



Dated: Brooklyn, New York
February 3, 2021

_____
Jil Mazer-Marino
United States Bankruptcy Judge