RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel:  212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Counsel for Plan Proponent*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :  Chapter 11
                                              :
CORT & MEDAS ASSOCIATES, LLC,                 :  Case No.:  19-41313 (JMM)
                                              :
                    Debtor.                   :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF ENTRY OF ORDER CONFIRMING
## 1414 UTICA AVENUE LENDER LLC'S AMENDED PLAN OF
## REORGANIZATION FOR CORT & MEDAS ASSOCIATES, LLC, AS MODIFIED

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") [ECF No. 282] confirming *1414 Utica Lender LLC's Amended Plan of Reorganization for Cort & Medas Associates, LLC, as Modified* dated April 11, 2021 (including the Bidding and Auction Procedures annexed as Exhibit A thereto, as revised on June 2, 2021 [ECF No. 281], the "Plan") [ECF No. 271] was entered on June 4, 2021.  Unless otherwise defined in this notice, capitalized terms used herein shall have the meaning ascribed to them in the Plan and Confirmation Order.

**PLEASE FURTHER TAKE NOTICE** that any interested party wishing to obtain a copy of the Plan or Confirmation Order may do so by (i) accessing the Bankruptcy Court's website at http://www.nyeb.uscourts.gov (a PACER password is needed to access documents on the Bankruptcy Court's website), or (ii) contacting the undersigned.

**PLEASE FURTHER TAKE NOTICE** that the Plan and its provisions are binding on the Plan Proponent, the Debtor and any and all Holders of Claims or Interests (irrespective of whether such Holders of Claims or Interests are deemed to have accepted the Plan), all Persons that are parties to or are subject to the settlements, compromises, and releases described in the Plan, each Person acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtor.

Dated: New York, New York
       June 4, 2021

                                                  RUBIN LLC

                                                  By:   */s/ Paul A. Rubin*
                                                          Paul A. Rubin
                                                          Hanh V. Huynh

                                                345 Seventh Avenue, 21st Floor
                                                New York, New York 10001
                                                Tel: 212.390.8054
                                                prubin@rubinlawllc.com
                                                hhuynh@rubinlawllc.com