UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
: 
In re: : Chapter 11
:
CORT & MEDAS ASSOCIATES, LLC, : Case No.: 19-41313 (JMM)
:
Debtor. :
:
------------------------------------x

# FINAL DECREE CLOSING CASE

Upon the motion (the "Motion") [ECF No. 308] of 1414 Utica Avenue Lender LLC ("1414 Lender"), as plan proponent under the confirmed *1414 Utica Lender LLC's Amended Plan of Reorganization for Cort & Medas Associates, LLC, as Modified* dated April 11, 2021 (the "Plan") [ECF No. 271], for entry of a final decree under section 350(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") closing the above-captioned chapter 11 case (the "Chapter 11 Case") of Cort & Medas Associates, LLC (the "Debtor"); and it appearing that proper and sufficient notice of the relief sought in the Motion has been given; and it further appearing that the requested relief is reasonable and proper; and sufficient cause appearing to me therefor and due consideration having been given; it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Debtor's Chapter 11 Case will be closed effective as of the date of entry of this Final Decree; and it is further

**ORDERED**, that 1414 Lender shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period; and it is further

**ORDERED**, that the Court ~~shall~~ **may (JMM)** retain jurisdiction with respect to all matters described in Article XI of the Plan.

The Clerk of the Court is directed to file this Final Decree in the Debtor's Chapter 11 Case.



Dated: Brooklyn, New York
October 25, 2021

/s/ Jil Mazer-Marino
United States Bankruptcy Judge